IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL DONOVAN WALDE,

    Plaintiff,

v.                                            Case No. 1:21-cv-124-AW-GRJ

WARREN BROWN and
LEAH HAYES,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CLAIMS WITH PREJUDICE

    This case is back before me on a second motion to dismiss. This is a § 1983 case, in which Plaintiff Paul Donovan Walde alleges that the defendants—two Gainesville Police Department Officers—wrongfully arrested him. Earlier, I adopted the magistrate judge's first Report and Recommendation, granted defendants' motion to dismiss, and gave Walde leave to amend. ECF No. 22. The officers again moved to dismiss, the magistrate judge again recommends dismissal, and I again agree with the magistrate judge.

    I have considered de novo Walde's objections, ECF No. 26, which I overrule. As the officers and the magistrate judge correctly set out, Walde has not alleged facts to support a claim. In response, Walde contends he could better frame his complaint if he had access to discovery, which he has unsuccessfully sought. But Walde's speculation about what discovery might show does not provide a basis to deny the

motion to dismiss. Because Walde has not stated a claim, he is not entitled to discovery. *See Ashcroft v. Iqbal*, 556 U.S. 662, 686 (2009).

Walde provided some additional facts in his objections. The problem, of course, is that he has not *pleaded* sufficient facts, and he cannot cure that by adding facts through his objections. But even if the facts in his objections were in his complaint, the result would be the same: Walde has not stated a claim.

Last, I decline to stay the matter pending mediation, notwithstanding Walde's request. Defendants are entitled to dismissal. And because Walde has already been afforded an opportunity to amend, this dismissal will be with prejudice.

The Report and Recommendation (ECF No. 25) is ADOPTED and incorporated into this order. The motion to dismiss (ECF No. 23) is GRANTED, and Walde's claims are dismissed with prejudice. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed with prejudice for failure to state a claim." The clerk will then close the file.

SO ORDERED on July 11, 2022.

s/ *Allen Winsor*
United States District Judge